UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>EDUARDO ESCOBEDO,<br><br>                Defendant. | Case No. __25-cr-00839-H__<br>              25MJ0805<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) –<br>Bringing in Aliens Without<br>Presentation (Felony);<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) –<br>Bringing in Aliens for<br>Financial Gain (Felony), and<br>Title 18, U.S.C., Sec. 2 –<br>Aiding and Abetting |
|---|---|

The Acting United States Attorney charges:

### Count 1

On or about February 19, 2025, within the Southern District of California, defendant, EDUARDO ESCOBEDO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Adrian Hernandez-Cardona, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

//

//

ABRO:kst:San Diego
3/03/2025

Count 2

On or about February 19, 2025, within the Southern District of California, defendant, EDUARDO ESCOBEDO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Adrian Hernandez-Cardona, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

DATED: March 18, 2025.

ANDREW R. HADEN
Acting United States Attorney

*Allison Rogge*

ALLISON B. ROGGE
Assistant U.S. Attorney